```
                  UNITED STATES DISTRICT COURT
                            FOR THE
                      DISTRICT OF VERMONT
```

Yetha I. Lumumba,                   :
    Plaintiff,                  :
                                :
    v.                          : File No. 2:13 CV 69
                                :
Jason Marquis, Cleon Hunter,        :
Robert P. Berthiaume, Northern      :
State Correctional Facility,        :
    Defendants.                 :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed August 27, 2013.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Hunter's motion to dismiss (Doc. 10) is **GRANTED** and the case is **DISMISSED without prejudice**.  Marquis and Berthiaume's motion to dismiss (Doc. 13) is **DENIED AS MOOT**.

Dated at Burlington, in the District of Vermont, this 30th day of September, 2013.

                                        <u>/s/ William K. Sessions III</u>
                                        William K. Sessions III
                                        District Court Judge